FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PULIDO, | NO. CV 07-5682-DSF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN F. SALAZAR, Warden, et al., | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 31, 2008.

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE